SEMINOLE COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT
NOV 07 2023
KIM A. DAVIS, COURT CLERK
BY ___ DEPUTY

**IN THE DISTRICT COURT OF SEMINOLE COUNTY**

**STATE OF OKLAHOMA**

**AARON FINDLEY,**

**Plaintiff,**

**vs.**

**BREEZE AVIATION GROUP, INC., a Delaware Corporation,**

**Defendant,**

**Case No. CJ-2023 - 122**

## PETITION

COMES NOW the Plaintiff Aaron Findley, by and through his attorneys, and for his causes of action against the Defendant, Breeze Aviation Group, Inc., alleges and states as follows:

### PARTIES, JURISDICTION & VENUE

1. Plaintiff Aaron Findley ("Findley") is a resident of the City of Wewoka, county of Seminole, state of Oklahoma.

2. Breeze Aviation Group, Inc. ("Defendant"), upon information and belief, is a Delaware corporation which has its principle place of business in Cottonwood Heights, state of Utah. Defendant conducts business in the state of Oklahoma.

3. Pursuant to Article 9, §43 of the Oklahoma Constitution and Title 12 O.S. § 137, venue and jurisdiction are proper in the District Court of Seminole County.

4. The amount in controversy herein exceeds the minimum jurisdictional amount of $75,000.00 required in this Court and all other jurisdictional conditions have been met.

5. On or about June 25, 2022, Findley was a fare-paying passenger flying aboard a Breeze Airlines flight originating in Oklahoma City, Oklahoma and ending in Tampa

**EXHIBIT 1**

International Airport, Tampa Florida.

6. Following the provision of food and beverages on the subject flight, one of the Defendant's pilots came out of the cockpit when three of the Defendant's flight attendants were standing around the food and beverage cart just outside the cockpit door. After bumping one of the flight attendants with the cockpit door, it appeared that the pilot, possibly reacting to the small amount of space in the area, jokingly "hip-bumped" one of the flight attendants, which caused her to fall into the cart, which caused the beverage cart to fall on its side, all of which resulted in the heavy cart forcefully striking Findley's right foot and toes, causing him significant pain, injury and damage to his foot and toes.

7. The pilot and flight attendants involved in the injuring of Plaintiff received inadequate and improper training by Defendant.

8. Findley brings this action to recover damages for economic loss, emotional trauma, physical pain and suffering, and medical expenses all as a direct and proximate result of the June 25, 2022 incident (the accident") on board the subject flight.

**COUNT ONE**

**NEGLIGENCE**

9. As a common carrier for hire, providing air transport to fare-paying passengers, the Defendant owed Findley the highest standard of care and was required to exercise extraordinary diligence to protect the lives and well-being of its passengers.

10. Defendant was in the business of providing air carriage for hire and on such flights offered beverages and food as part of that carriage for hire.

11. Defendant owed Findley a duty to exercise reasonable care in their performance aboard the subject flight, including but not limited to safe management,

handling, proper flight attendant and pilot training, and supervision of the provision of food and beverages, as well as the safe and vigilant movement of the beverage cart in the plane.

12. Defendant was careless and/or reckless in performance of its duties, and as a result, did forcefully strike Plaintiff with the beverage cart.

13. Defendant failed to provide a safe flight to Plaintiff in that its employees, agents, servants, and joint venturers acted or failed to act in the following respects:

a. Failing to act in a professional and safe manner;

b. Failing to place the beverage cart in a safe location where it could not fall on passengers;

c. Failing to instruct and train flight attendants and pilots how to perform their duties during the beverage service in a safe manner to protect passengers and prevent injury;

d. Failing to properly react to, treat, and/or handle an instance where a passenger is struck with the beverage cart to minimize injury;

e. Failing to provide appropriate attention, seating location, care, and outlook to passenger such as Plaintiff;

f. Failing to provide appropriate training to flight attendants and pilots to account for each deficiency set forth in sub paragraphs (a) through (e) above.

g. Such other acts and omissions that may be proven at trial or developed through discovery.

14. The subject accident caused the Plaintiff physical injuries, damages, and economic losses.

15. At the time of the subject accident, the cabin crew of the subject flight were

acting within the scope of their authority and acting according to the purpose for which they were hired within the course and scope of their employment.

16. According to the doctrine of *respondeat superior*, Defendant Breeze is liable for the acts and omissions of the cabin crew working aboard the subject aircraft during the subject flight.

17. As a direct and proximate result of the Defendant's negligence, Findley, suffered, and continues to suffer, servere injuries, damages, and losses, including, without limitation, economic losses, physical injury, emotional distress, pain and suffering, loss of ability to enjoy life and loss of services.

18. Thus, Plaintiff makes a claim for all damages allowable pursuant to applicable law, including, without limitation: economic loss; loss of income and benefits; medical expenses; rehabilitation expenses; and non-economic losses including, but not limited to, pain, suffering, emotional distress, and permanent disability.

## COUNT TWO

## BREACH OF CONTRACT

19. Plaintiffs incorporate paragraphs 1 through 18 herein as if fully set forth.

20. Defendant contracted with Plaintiff and or assumed the responsibilities under the contract through another carrier to provide safe carriage and transport from his origination to his destination.

21. Included with that contract, was Defendant's obligation to exercise professional, careful, and safe conduct and judgment during the carrying out of their contractual obligations including but not limited to the performance of its duties during the subject flight.

22. Defendant breached its contractual obligations in the following respects:

a. Failing to act in a professional and safe manner;

b. Failing to place the beverage cart in a safe location where it could not fall on passengers;

c. Failing to instruct and train flight attendants and pilots how to perform their duties during the beverage service in a safe manner to protect passengers and prevent injury;

d. Failing to properly react to, treat, and/or handle an instance where a passenger is struck with the beverage cart to minimize injury;

e. Failing to provide appropriate attention, seating location, care, and outlook to passenger such as Plaintiff;

f. Failing to provide appropriate training to flight attendants and pilots to account for each deficiency set forth in sub paragraphs (a) through (e) above.

g. Such other acts and omissions that may be proven at trial or developed through discovery. 24. As a direct and proximate result of the Defendant Breeze Airlines' breach of contract, Plaintiff Aaron Findley, suffered, and continues to suffer, severe injuries, damages, and losses, including, without limitation, economic losses, physical injury, emotional distress, pain and suffering, loss of ability to enjoy life and loss of services.

23. Thus, Findley makes a claim for all damages allowable pursuant to applicable law, including, without limitation: economic loss; loss of income and benefits; medical expenses; rehabilitation expenses; and non-economic losses including, but not limited to, pain, suffering, emotional distress, and permanent disability.

WHEREFORE, Findley demands a trial by jury and judgment against Defendant for

the damages described herein in addition to such amount as is proved at trial and costs and expenses incurred in bringing this action, including reasonable attorneys' fees, for interest from the date of the subject accident, and for such other relief as the Court deems just and equitable.

**DATED** this 6 day of November, 2023.

Respectfully submitted,

Jerry L. Colclazier, OBA #13814
COLCLAZIER & ASSOCIATES
404 North Main Street
Seminole, OK 74868
Telephone: (405) 382-1212
Facsimile: (405) 382-1214

ATTORNEY FOR PLAINTIFF